UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

COSSANDRA THOMAS                                                                                            PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:23-CV-545-DPJ-ASH

CITY OF JACKSON, CHIEF JAMES
DAVIS, and JACKSON POLICE
DEPARTMENT                                                                                                DEFENDANTS

ORDER

In its May 15, 2025 Order [109] granting summary judgment to Defendants, the Court gave Cossandra Thomas ten days to show cause why the Court should not dismiss her claims against the Jackson Police Department and her official-capacity claims against Chief James Davis.  Order [109] at 15.  Thomas now asks the Court "for its final order so that the process of appellate review may begin."  Resp. [110] at 2.  Construing that response as waiving any intent to present arguments on her remaining claims, the Court dismisses all remaining claims with prejudice.  Final judgment will be entered.  Fed. R. Civ. P. 58(a).

**SO ORDERED AND ADJUDGED** this the 20th day of May, 2025.

                                                                s/ *Daniel P. Jordan III*
                                                                UNITED STATES DISTRICT JUDGE

1