UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

COSSANDRA THOMAS                                                                                    PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:23-CV-545-DPJ-ASH

CITY OF JACKSON, CHIEF JAMES
DAVIS, and JACKSON POLICE
DEPARTMENT                                                                                        DEFENDANTS

JUDGMENT

For the reasons stated in its May 15, 2025 Order and its Order entered this date, the Court dismisses this civil action with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of May, 2025.

                                                        s/ *Daniel P. Jordan III*
                                                        UNITED STATES DISTRICT JUDGE