# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DISTRICT

**COSSANDRA THOMAS**                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:23-cv-545-DPJ-ASK**

**THE CITY OF JACKSON et.al**                             **DEFENDANTS**

_____

### PLAINTIFF'S NOTICE OF APPEAL
_____

      **COMES NOW,** Plaintiff Cossandra Thomas, by and through her attorney of record, Abby Robinson & Associates Law Firm PLLC, and files this notice of appeal to the United States Fifth Circuit Court of Appeals.

Respectfully submitted this the 29th day of May, 2025

**/s/Abby Robinson MSB. 105157**

Abby Robinson & Associates Law Firm PLLC
227 E. Pearl Street
Jackson, MS 39201
Ph. 601-668-6400
Email: arobinsonlawfirm@yahoo.com

### CERTIFICATE OF SERVICE

      I certify that I have filed the foregoing document with the Clerk of Court using the CM/EFC system which sent notification of that filing to all persons registered to receive service of this case.

**/s/Abby Robinson MSB. 105157**

Abby Robinson & Associates Law Firm PLLC
227 E. Pearl Street

Jackson, MS 39201
Ph. 601-668-6400
Email: arobinsonlawfirm@yahoo.com

    Defendants
CITY OF JACKSON LEGAL
455 EAST CAPITOL STREET
JACKSON, MS 39201